### (July 2, 1940.)

In the Matter of the Application of George Zovick, Petitioner, Appellant, for a Peremptory Order of Mandamus against Hon. Edward W. Eaton, as County Judge of Tioga County, or Any Judge of a County Court Holding Term in and for Tioga County, Defendant, Respondent.— The judgment and sentence of the court is that the petitioner, appellant, George Zovick, be confined in Clinton State Prison at Dannemora, N. Y., under an indeterminate sentence the minimum of which shall be twenty years and the maximum twenty-one years; said sentence being imposed for the crime of robbery in the first degree, and for committing said crime while armed. The petitioner, appellant, George Zovick, shall receive credit for the time he has already served under his former illegal sentence. Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ., concur. [See ante, p. 585.]

### Second Department, August, 1940.
### (August 20, 1940.)

In the Matter of the Application of Silvio A. Lanza, Respondent, for an Order of Mandamus against George J. Ryan, as President, Samuel Stern, Vice-president, and Others, as Members of the Board of Education of the City of New York; Henry Levy, Chairman, Edward S. Canning, Secretary, and Others, as Members of the Board of Examiners of the Board of Education of the City of New York and the Board of Superintendents; William J. O'Shea, Superintendent of Schools, Chairman, Appellants.— Motion for reargument denied, with ten dollars costs: Motion for leave to appeal to the Court of Appeals denied. [See ante, p. 1086.] Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ. [See 260 App. Div. 801.]